No. 87–201. MANSELL *v.* MANSELL. Appeal from Ct. App. Cal., 5th App. Dist.; and

No. 87–609. SHELL OIL CO. *v.* DIRECTOR OF REVENUE OF MISSOURI. Appeal from Sup. Ct. Mo. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–5411. IN RE SHIBUYA, *ante,* p. 922. Motion of petitioner for reconsideration of the order of this Court denying the motion for leave to proceed *in forma pauperis* denied.

No. 87–5500. TILLER ET AL. *v.* NCNB BANK OF NORTH CAROLINA. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 28, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–5648. SHIBUYA *v.* VOSS ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 28, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of the Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–5659. TISCHIO *v.* NEW JERSEY. Appeal from Sup. Ct. N. J. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until December 28, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.